

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

William G. Putnicki

501 West 5th Street, Suite 1100
Austin, Texas 78701
512-916-5896

June 11, 2013

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

**USDC# 1:09cv917-SS,  USCA# 12-51228/12-51229/12-51230**
**In re: Exelon Wind 1, LLC et al. V. Donna L. Nelson, et al.**

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

  X    CERTIFIED RECORD ON APPEAL consisting of :

        10 volumes of Electronic Pleadings

        3 Volumes of Electronic Transcript (dkt #111, #112 & #113)

Sincerely,

WILLIAM G. PUTNICKI, Clerk,
Western District of Texas

Tencha Damian, Deputy

Enc.

cc: Counsel of record w/o enclosure